law and facts and a new trial granted, with costs to the appellant to abide the event on the ground that the essential finding that the defect which is alleged to have caused the injury to plaintiff's wife had existed for a sufficient time to give the city constructive notice is contrary to and against the weight of the evidence. All concur.

WILLIAM D. CARNES, Appellant, v. JEFFERSON COUNTY NATIONAL BANK and JEFFERSON SECURITIES CORPORATION, Respondents, Impleaded with Another.— Judgment affirmed, with costs. All concur.

NATHAN GOVENDY and Others, Respondents, v. AUTO INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Judgments reversed upon the facts and a new trial granted in the Municipal Court of the city of Syracuse, with costs in all courts to appellant to abide the event, upon the ground that the verdict is against the weight of evidence, especially in view of the signed statements made by both the plaintiff and his witness Cellana, and upon the further ground that statements prejudicial to the defendant were made during the trial. All concur.

DEBELT TELLINGHUISEN, Respondent, v. WILLIAM GREEN and GEORGE GREEN, Appellants.— Judgment affirmed, with costs. All concur.

MATILDA E. ALDRIDGE, Administratrix, etc., of LEWIS K. ALDRIDGE, Deceased, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

ESTHER B. BERNSTEIN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Complaint of COMMISSIONER OF PUBLIC WELFARE, Town of Great Valley, and GRACE PLUMMER, Respondents, against ROCCO OLIVERIO, Appellant.— Order affirmed. All concur.

In the Matter of the Application of WALTER G. HASTRICH for an Order of Mandamus against JOHN SOEMANN and Others, Constituting the Town Board of the Town of Lancaster, New York, and the TOWN BOARD of Said Town.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. (Order entered May eighth.)

In the Matter of the Application of VAN R. W. LUCE for the Removal of ALFRED F. BEITER, as Supervisor of the Town of Amherst, County of Erie.— The court will hear proofs upon the issues herein on May eighteenth at ten A. M.

MYLES B. SHARKEY, Respondent, v. PACIFIC MUTUAL LIFE INSURANCE COMPANY OF CALIFORNIA, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of the Application of JACOB A. GANGNAGEL for a Certiorari Order against CHARLES BUTLER and Others, Constituting the State Board of Examiners and Registration of Architects of the State of New York, and Others.*— Determination of State Board of Examiners and Registration of Architects confirmed, without costs. All concur.

In the Matter of the Estate of NICHOLAS BOCHINO, Deceased.— Decree affirmed, with costs, on the authority of Matter of Meehan (150 App. Div. 681) and Matter of Tuttle (234 id. 1; affd., 260 N. Y. 663, decided December 6, 1932). All concur.

MARIA POSATO, Respondent, v. PUBLIC FIRE INSURANCE COMPANY, Appellant.†— Judgment and order affirmed, with costs. All concur, except Edgcomb, J., who dissents and votes for reversal on the law and for granting a new trial, on the ground that a fair issue of fact was presented for determination by the jury as to whether there was a fire preceding the explosion.

* Appeal dismissed, 263 N. Y. 666.　　† Affd., 263 N. Y. 621.